THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03347-RPM

ALL PHASE LANDSCAPE CONSTRUCTION, INC. a/k/a ALL PHASE LANDSCAPE,

    Plaintiff,

v.

KIEWIT BUILDING GROUP, INC.;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

    Defendant.

_____

ORDER DENYING MOTION TO AMEND SCHEDULING ORDER
_____

On June 30, 2014, the plaintiff filed a motion to amend the scheduling order to extend the time to join additional parties and to amend pleadings. To grant the motion suggests an implied approval of amendments which are governed by Fed.R.Civ.P. 15 and 20. To make such amendments, an appropriate motion must be filed and it is therefore

ORDERED that the Motion to Amend Scheduling Order is denied.

Dated:  July 1st, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge