THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03347-RPM

ALL PHASE LANDSCAPE CONSTRUCTION, INC. a/k/a ALL PHASE LANDSCAPE,

     Plaintiff,

v.

KIEWIT BUILDING GROUP, INC.;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

     Defendant.

_____

### ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

     Pursuant to the Joint Motion to Amend Scheduling Order, it is

     ORDERED that Paragraph 7 of the Scheduling Order is amended to allow for extensions of the following deadlines.

     1. Discovery Cutoff - Paragraph 7(b) of the Scheduling Order is extended by sixty (60) days from January 31, 2015 to April 1, 2015;

     2. Dispositive Motions Deadline - Paragraph 7(b) of the Scheduling Order is extended by sixty (60) days from March 3, 2015 to May 4, 2015 (May 2, 2015 falls on a Saturday);

     3. Expert Witness Disclosure - Paragraph 7(d) of the Scheduling Order is extended by sixty (60) days as follows:

          a. Paragraph 7(d)(3) of the Scheduling Order - The deadline for designation and delivery of all information specified in Fed.R.Civ.P. 26(a)(2) to opposing counsel by the party bearing the burden of persuasion on the issues for which expert

opinion is to be offered is extended by sixty (60) days from November 3, 2014 to January 2, 2015;

      b. Paragraph 7(d)(3) of the Scheduling Order – The deadline for designating all contradicting reports and delivery of all information specified in Fed.R.Civ.P. 26(a)(2) to opposing counsel is extended by sixty (60) days from December 3, 2014 to February 2, 2015;

      c. Exchange of any rebuttal opinions is extended by sixty (60) days from January 5, 2015 to March 6, 2015.

Dated:  September 25th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge