THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03347-RPM

ALL PHASE LANDSCAPE CONSTRUCTION, INC. a/k/a ALL PHASE LANDSCAPE,

    Plaintiff,

v.

KIEWIT BUILDING GROUP, INC.;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

    Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulation for Dismissal with Prejudice, filed October 20, 2014, it is

    ORDERED that this civil action is dismissed with prejudice with each party to pay their own costs and attorney's fees.

    Dated:  October 20th, 2014

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge